UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALENTIN KOMAROVSKIY,<br><br>                Plaintiff,<br><br>    v.<br><br>CELSIUS NETWORK LLC, ALEXANDER MASHINSKY, and SHLOMI "DANIEL" LEON,<br><br>                Defendants. | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Stephen D. Riden of Beck Reed Riden LLP as counsel for Defendant Alexander Mashinsky in the above-captioned matter.

Dated:   June 9, 2023
           Boston, Massachusetts

                                          Respectfully submitted,

                                          ALEXANDER MASHINSKY,

                                          By his attorneys,

                                          <u>/s/ Stephen D. Riden</u>
                                          Stephen D. Riden, BBO No. 644451
                                          Beck Reed Riden LLP
                                          155 Federal Street, Suite 1302
                                          Boston, Massachusetts 02110
                                          Telephone: (617) 500-8600
                                          Facsimile: (617) 500-8665
                                          *sriden@beckreed.com*

## **CERTIFICATE OF SERVICE**

I, Stephen D. Riden of Beck Reed Riden LLP, hereby certify that on June 9, 2023, I caused the foregoing Notice of Appearance to be served by email and first-class mail, postage prepaid, upon the following:

>Robert H. Bowen
>BowenBowen PC
>50 Main Street
>Lunenburg, Massachusetts 01462
>rob@bowenbowen.com
>*Attorney for Plaintiff Valentin Komarovskiy*

Dated: Boston, Massachusetts
June 9, 2023

/s/ Stephen D. Riden