| Summons | CIVIL DOCKET NO. 2285CV00701 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Komarovsky vs. Celsus Et als. Plaintiff(s) / Defendant(s) | | Dennis P. McManus — Clerk of Courts<br>Worcester — County<br>COURT NAME & ADDRESS:<br>Worcester Superior Court<br>225 Main Street<br>Worcester, MA 01608 |

THIS SUMMONS IS DIRECTED TO **Alex Mashinsky** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Worcester Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, Worcester Superior Court, see above (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Bowen Dower PC 50 Main Street Suite 1 Lunenburg MA 01462

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "**Motion to Dismiss,**" if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger _____, Chief Justice on _____, 20___ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____        Signature: _____

**N.B. TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

rev. 1/2019

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.                                    SUPERIOR COURT DEPARTMENT
                                                  CIVIL ACTION NO.   2285CV00701

| | |
|---|---|
| Valentin Komarovskiy,        ) | |
|     Plaintiff        ) | |
|             ) | |
| v.        ) | |
|             ) | |
| Celsius Network LLC        ) | |
|             ) | |
|     Defendant        ) | |

MOTION To Amend Complaint

Plaintiff moves this Court to Amend his Complaint. In support hereof the plaintiff state as follows:

1. No responsive pleading has been filed, s this amendment ought to be as of right.

2. Moreover, defendant Celsius has filed for Chapter 11 bankruptcy protection, so this action is stayed as to them, so the plaintiff cannot proceed under Rule 9A.

3. The amendment seeks only to add new individual defendants, who upon information and belief, had not filed bankruptcy, and new counts against them only for tortious interference with contracts and fraud.

4. The only other changes to the complaint are in the Count heading to clarify against which defendants the count is being brought.

Respectfully submitted,

Valentin Komarovskiy

By  his     Attorneys

_/s/ Robert H. Bowen_____
Robert H. Bowen
BowenBowen PC
50 Main Street
Lunenburg, Massachusetts 01462
(978) 582-0050

Dated:  __December 9, 2022_____              BBO #  556674

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.   SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 2285CV00701

Valentin Komarovskiy,
    Plaintiff

v.

Celsius Network LLC, Alexander Mashinsky,
and   Shlomi "Daniel" Leon
    Defendants

FILED
APR 10 2023
ATTEST: [signature] CLERK

## VERIFIED COMPLAINT

### Parties

1. Plaintiff Valentin Komarovskiy is a Massachusetts citizen with a place of residence at 26 East St, Upton, Massachusetts, 01568.

2. Defendant Celsius Network LLC is a New Jersey company with a place of business at 121 River Street, PH05, Hoboken, NJ 07030 (hereinafter "Celsius").

3. Defendant Alex Mashinsky is a New York Resident with an address at 210 E 63rd St Apt 6c, New York, NY 10065.

4. Defendant Shlomi "Daniel" Leon is a New York Resident with an address at 75 W End Ave Apt P16g, New York, NY 10023.

### FACTUAL ALLEGATIONS

5. Defendant is company which, inter alia, offers deposit accounts for cryptocurrency.

1

6. They have, on information and belief, thousands of customers in Massachusetts, including the plaintiff, 1.7 Million customers worldwide.

7. They have billions on deposit.

8. Defendant Alexander Mashinsky was at all relevant times the founder and Chief Executive Officer of defendant Celsius.

9. Defendant Shlomi "Daniel" Leon was at all relevant times an executive director and the Chief Operating Officer of defendant Celsius.

10. These two individual defendants individually and collectively exercised control over Celsius and directed and/or authorized, directly or indirectly, the sale and/or solicitation of Celsius products to the public.

11. Plaintiff opened an account on or about September 24th, 2021. Copy of the Terms attached.

12. He currently has deposits of the following assets:

    Cel token: 46 units

    Ethereum: 216.574652 units

    Chainlink: 14,016.242373 units

    Bitcoin: 4.220951 units

    USD Coin: 52,727.93 units

    MATIC: 23,254.270851 units

    Uniswap: 203.878512 units

    Tether USDT 11.458409 units

13. They have a current market value of $ 478,010.92

2

14. On or about June 12, 2022, the defendant unilaterally "paused" any withdrawals, effectively depriving the plaintiff of his funds.

15. A copy of the notice "pausing" the accounts is attached hereto.

16. The plaintiff has thereby been damaged.

17. The individual defendant Alexander Mashinsky, in May of 2022, withdrew 10 million in cryptocurrency from custodial accounts, just prior to the pause.

18. The individual defendant Shlomi "Daniel" Leon withdrew 17 million in cryptocurrency from custodial accounts between May 27 and May 31, 2022, just prior to the pause.

19. While they were making these withdrawals, they continued to mispresent the true condition of the company right up to the pause.

Count I (Breach of contract) (Against Celsius)

20. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

21. The foregoing acts and omissions of the defendant constitutes a breach of contract.

22. The plaintiff has thereby been damaged.

Count II (Breach of covenant of Good Faith and fair dealing)

(Against Celsius)

23. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

24. The foregoing acts and omissions of the defendant constitutes a breach of the covenant of good faith and fair dealing implied in all Massachusetts contracts.

25. The plaintiff has thereby been damaged.

### Count III (unjust enrichment) (Against all defendants)

26. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

27. The foregoing acts and omissions of the defendants have unjustly enriched the defendant, or plaintiff is otherwise entitled to relief on the theories of quasi-contract of quantum meruit.

28. The plaintiff has thereby been damaged.

### Count IV (Conversion) (Against all defendants)

29. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

30. The foregoing acts and omissions of the defendant constitute conversion.

31. The plaintiff has thereby been damaged.

### Count V (tortious interference) (against individual defendants)

32. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

33. The foregoing acts and omissions of the defendant constitute intentional or negligent interference with contracts.

34. The plaintiff has thereby been damaged.

COUNT VI (Fraud and misrepresentation) (Against individual defendants)

35. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

36. The foregoing acts and omissions of the defendant constitute fraud or misrepresentation.

37. The plaintiff reasonably relied on these representations to his detriment, and did not withdraw his funds.

38. The plaintiff has thereby been damaged.

WHEREFORE, Plaintiff prays that this Court:

1. Enter judgment for the plaintiffs on all Counts;

2. Award damages on all Counts;

3. Preliminarily and permanent enjoin the defendant form freezing the plaintiffs assets: and

4. Grant such other or further relief as this Court finds just and proper.

Jury Demand
The plaintiffs demand a trial by jury on all Counts so triable.

Respectfully submitted,

Valentin Komarovskiy

___/s/ Robert H Bowen_____
Robert H. Bowen
BowenBowen PC
50 Main Street
Lunenburg, Massachusetts 01462
(978) 582-0050
Dated: __December 9, 2022_____   BBO # 556674

5