# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALENTIN KOMAROVSKIY,<br><br>                  Plaintiff,<br><br>       v.<br><br>CELSIUS NETWORK LLC, ALEXANDER MASHINSKY, and SHLOMI "DANIEL" LEON,<br><br>                  Defendants. | C.A. No. 4:23-cv-40067-MRG |

## NOTICE OF FILING OF STATE COURT RECORDS

Pursuant to Local Rule 81.1, Defendant Alexander Mashinsky[1] hereby files the following attested copies of all records and proceedings in the state court and an attested copy of all docket entries in the state court:

1. Worcester County Superior Court Docket Report

2. Civil Action Cover Sheet

3. Verified Complaint

4. Civil Tracking Order

5. Motion for Temporary Restraining Order and Preliminary Injunction

6. Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction

7. Motion for Appointment of Special Process Server and Order of Appointment

8. Clerk's Notice

---

[1] Alexander Mashinsky reserves all of his rights, including his right to challenge service of process and to assert that the Amended Complaint should be dismissed for lack of personal jurisdiction.

9. Motion for Short Order of Notice

10. Notice to Appear for Hearing on Preliminary Injunction

11. Suggestion of Bankruptcy

12. Motion to Amend Complaint

13. Verified Complaint

14. Clerk's Notice

15. Notice of Status Review of the Docket

16. Status Report

17. Clerk's Notice

18. Motion to Amend Complaint

19. Affidavit of Service

20. Affidavit of No Opposition Received

21. Statement of Documents Filed Pursuant to Rule 9A

22. Verified Complaint

23. Affidavit of Service

24. Notice of Status Review of the Docket

25. Notification of Removal

26. Notice of Removal

| | |
|---|---|
| Dated: June 30, 2023 | Respectfully submitted,<br><br>ALEXANDER MASHINSKY,<br><br>By his attorneys,<br><br>/s/ Stephen D. Riden<br>Stephen D. Riden, BBO No. 644451<br>Puneet Dhaliwal, BBO No. 709111<br>Beck Reed Riden LLP<br>155 Federal Street, Suite 1302<br>Boston, Massachusetts 02110<br>Telephone: (617) 500-8600<br>Facsimile: (617) 500-8665<br>*sriden@beckreed.com*<br>*puneet@beckreed.com* |

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on June 30, 2023, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

/s/ Stephen D. Riden