Date Filed 6/22/2022 11:52 AM
Superior Court - Worcester
Docket Number

E-FILED

# COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.                    SUPERIOR COURT DEPARTMENT
                                  CIVIL ACTION NO. 2285CV00701 A

| | |
|---|---|
| Valentin Komarovskiy, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Celsius Network LLC | ) |
| | ) |
| Defendant | ) |

## VERIFIED COMPLAINT

### Parties

1. Plaintiff Valentin Komarovskiy is a Massachusetts citizen with a place of residence at 26 East St, Upton, Massachusetts, 01568.

2. Defendant Celsius Network LLC is a New Jersey company with a place of business at 121 River Street, PH05, Hoboken, NJ 07030.

### FACTUAL ALLEGATIONS

3. Defendant is company which, inter alai, offers deposit accounts for cryptocurrency.

4. They have, on information and belief, thousands of customers in Massachusetts, including the plaintiff, 1.7 Million customers worldwide.

5. They have billions on deposit.

6. Plaintiff opened an account on or about September 24th , 2021. Copy of the Terms attached.

1

7. He currently has deposits of the following assets:

> Cel token: 46 units
>
> Ethereum: 216.574652 units
>
> Chainlink: 14,016.242373 units
>
> Bitcoin: 4.220951 units
>
> USD Coin: 52,727.93 units
>
> MATIC: 23,254.270851 units
>
> Uniswap: 203.878512 units
>
> Tether USDT 11.458409 units

8. They have a current market value of $ 478,010.92

9. On or about June 12, 2022, the defendant unilaterally "paused" any withdrawals, effectively depriving the plaintiff of his funds.

10. A copy of the notice "pausing" the accounts is attached hereto.

11. The plaintiff has thereby been damaged.

Count I (Breach of contract)

12. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

13. The foregoing acts and omissions of the defendant constitutes a breach of contract.

14. The plaintiff has thereby been damaged.

Count II (Breach of covenant of Good Faith and fair dealing)

15. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

16. The foregoing acts and omissions of the defendant constitutes a breach of the covenant of good faith and fair dealing implied in all Massachusetts contracts.

17. The plaintiff has thereby been damaged.

Count III  (unjust enrichment)

18. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

19. The foregoing acts and omissions of the defendants have unjustly enriched the defendant, or plaintiff is otherwise entitled to relief on the theories of quasi-contract of quantum meruit.

20. The plaintiff has thereby been damaged.

Count IV (Conversion)

21. The plaintiff repeats and incorporates the allegations of the preceding paragraphs as if set forth fully herein.

22. The foregoing acts and omissions of the defendant constitute conversion.

23. The plaintiff has thereby been damaged.

WHEREFORE, Plaintiff prays that this Court:

1.  Enter judgment for the plaintiffs on all Counts;

2.  Award damages  on all Counts;

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number

3. Preliminarily and permanent enjoin the defendant form freezing the plaintiffs

   assets: and

4. Grant such other or further relief as this Court finds just and proper.


Jury Demand
The plaintiffs demand a trial by jury on all Counts so triable.

                              Respectfully submitted,

                              Valentin Komarovskiy

                              ___/s/ Robert H Bowen_____
                              Robert H. Bowen
                              BowenBowen PC
                              50 Main Street
                              Lunenburg, Massachusetts 01462
                              (978) 582-0050
Dated:  __June 22, 2022_____    BBO # 556674


                         VERIFICATON

       I the undersigned,      Valentin Komarovskiy, plaintiff, verify that I have read the
foregoing complaint, that the facts as set forth therein are true to the best of my
knowledge, and that no material facts have been omitted.


                              _____
                              Valentin Komarovskiy


A true copy by photostatic process
Attest:
Asst. Clerk  ε. Thoth.

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**  

# Terms of Use  22-CV-701-A

## Last Revised: April 14, 2022

## 1. Introduction

Celsius Network LLC and its Affiliates (collectively, **"we," "our," "us"**, or **"Celsius"** ) provide the following Terms of Use that, as they may be modified from time to time by Celsius in its sole discretion (the **"Terms"**) apply to our users (**"you"** or **"User(s)"**) and govern each User's access to, and use of, Celsius' products and services as well as our mobile and web-based application(s), our website(s), any software, programs, documentation, tools, hardware, internet-based services, components, and any updates (including software maintenance, service information, help content, bug fixes or maintenance releases) provided to you by Celsius, directly or indirectly, through our mobile application, our website, or any other online services we provide (each a "Service," and collectively the **"Services"**).

PLEASE CAREFULLY REVIEW THESE TERMS BEFORE USING, OR CONTINUING TO USE, ANY OF CELSIUS' SERVICES. THE TERMS INCLUDE IMPORTANT INFORMATION ABOUT YOUR RELATIONSHIP WITH

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



CONSENT TO, AND COMPLIANCE WITH, THE TERMS. BY
ACCESSING OR USING OUR SERVICES, YOU AGREE TO
BE BOUND BY THE TERMS. IF YOU DO NOT AGREE TO
ANY OF THE PROVISIONS OF THESE TERMS YOU
SHOULD IMMEDIATELY STOP USING THE SERVICES. IN
ADDITION, OUR PRIVACY POLICY IS INCORPORATED
INTO THE TERMS IN ITS ENTIRETY. WE ENCOURAGE YOU
TO READ THE TERMS CAREFULLY AND USE THEM TO
MAKE INFORMED DECISIONS.

IMPORTANT NOTICE REGARDING THE TREATMENT OF
DIGITAL ASSETS

THE TREATMENT OF DIGITAL ASSETS IN YOUR CELSIUS
ACCOUNT MAY HAVE CHANGED DEPENDING ON THE
JURISDICTION IN WHICH YOU RESIDE AND WHETHER
CELSIUS' CUSTODY SERVICE (SEE SECTION 4(B) BELOW)
IS AVAILABLE TO YOU. PLEASE READ THE FOLLOWING
TERMS CAREFULLY SO THAT YOU UNDERSTAND THESE
CHANGES AND CAN MAKE INFORMED FINANCIAL
DECISIONS.

BEGINNING APRIL 15, 2022 (THE "MODIFICATION
DATE"), THE FOLLOWING TERMS SHALL APPLY:

TERMS APPLICABLE TO ALL USERS RESIDING IN THE
UNITED STATES



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



TRANSFERRED TO A CUSTODY WALLET AS PART OF THE CUSTODY SERVICE.

- DIGITAL ASSETS HELD IN A CUSTODY WALLET WILL NOT EARN REWARDS THROUGH CELSIUS' EARN SERVICE (SEE SECTION 4(D) BELOW).

- ANY ELIGIBLE DIGITAL ASSET THAT YOU LOANED TO CELSIUS THROUGH THE EARN SERVICE PRIOR TO THE MODIFICATION DATE WILL CONTINUE TO EARN REWARDS PURSUANT TO THE TERMS HEREIN, UNTIL SUCH TIME AS ANY SUCH ELIGIBLE DIGITAL ASSET IS THEREAFTER USED IN A SERVICE OTHER THAN THE EARN SERVICE (E.G., THE SWAP SERVICE, CELPAY SERVICE, BORROW SERVICE, OR VOLUNTARILY MOVED TO THE CUSTODY SERVICE) OR OTHERWISE WITHDRAWN FROM YOUR CELSIUS ACCOUNT (EACH AN "EARN SERVICE TERMINATION EVENT").

TERMS APPLICABLE TO NON-ACCREDITED U.S. USERS

- IF YOU RESIDE IN THE UNITED STATES AND ARE NOT REGISTERED WITH CELSIUS AS ACCREDITED INVESTORS (A "NON-ACCREDITED U.S. USER") ANY ELIGIBLE DIGITAL ASSET THAT IS SUBJECT TO AN EARN SERVICE TERMINATION EVENT WILL NOT



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



- IF YOU ARE A NON–ACCREDITED U.S. USER, ANY DIGITAL ASSET TRANSFERRED TO CELSIUS ON OR AFTER THE MODIFICATION DATE WILL <u>NOT</u> EARN REWARDS AND <u>NOT</u> HAVE ACCESS TO THE EARN SERVICE.

## <u>TERMS APPLICABLE TO ACCREDITED U.S. USERS</u>

- IF YOU RESIDE IN THE UNITED STATES AND ARE REGISTERED WITH CELSIUS AS AN ACCREDITED INVESTOR (AN "ACCREDITED U.S. USER"), YOU SHALL HAVE ACCESS TO THE EARN SERVICE SUBJECT TO THE TERMS HEREIN.

- IF YOU ARE AN ACCREDITED U.S. USER AND AND HAVE ACCESS TO THE CUSTODY SERVICE VIA YOUR CELSIUS ACCOUNT, ANY ELIGIBLE DIGITAL ASSET TRANSFERRED TO CELSIUS ON OR AFTER THE MODIFICATION DATE WILL INITIALLY BE TRANSFERRED TO A CUSTODY WALLET, BUT MAY THEREAFTER BY USED IN THE EARN SERVICE AT YOUR DISCRETION.

- IF YOU ARE AN ACCREDITED U.S. USER AND DO <u>NOT</u> HAVE ACCESS TO THE CUSTODY SERVICE VIA YOUR CELSIUS ACCOUNT, ANY ELIGIBLE DIGITAL ASSET TRANSFERRED TO CELSIUS ON OR AFTER



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 4/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



- PROVIDED THAT YOU CONTINUE TO MAINTAIN YOUR STATUS WITH CELSIUS AS AN ACCREDITED U.S. USER, YOUR ABILITY TO USE THE EARN SERVICE SHALL CONTINUE WITH RESPECT TO ALL ELIGIBLE DIGITAL ASSETS IN YOUR CELSIUS ACCOUNT.

## TERMS APPLICABLE TO USERS RESIDING OUTSIDE THE UNITED STATES

- IF YOU RESIDE OUTSIDE THE UNITED STATES, YOU SHALL HAVE ACCESS TO THE EARN SERVICE SUBJECT TO THE TERMS HEREIN.

- ANY ELIGIBLE DIGITAL ASSET THAT YOU LOANED TO CELSIUS THROUGH THE EARN SERVICE PRIOR TO THE MODIFICATION DATE, WILL CONTINUE TO EARN REWARDS.

- ANY ELIGIBLE DIGITAL ASSET TRANSFERRED TO CELSIUS WILL BE INITIALLY TRANSFERRED TO THE EARN SERVICE AND CONSTITUTE A LOAN FROM YOU TO CELSIUS.

Please take further notice that Celsius may modify the Terms at any time and in its sole discretion by posting the revised Terms on the Celsius website. You shall be bound by such modifications effective immediately



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



modify, or increase any fee, rates or other related cost in connection with your Celsius Account or the use of any of the Services at any time. In the event a fee applies to you, we will notify you of the pricing of the fee prior to your providing authorization to complete the subject transaction or transfer. By accepting the Terms you hereby agree to pay all fees associated with or incurred by your use of the Celsius Account or any of the Services.

The Services provided in connection with specific Eligible Digital Assets listed on Appendix A are provided by the Affiliate **Celsius EU UAB**, a limited liability company incorporated in Lithuania.

## 2. Definitions

Capitalized terms shall have the meanings assigned to them in these Terms, unless the context requires otherwise.

**"Account" or "Celsius Account"** means a User's designated user account on the Celsius website or mobile application, allowing a User to access and use the Services, view the User's balance of Eligible Digital Assets held in custody on the User's behalf or loaned by the User to Celsius, and any rewards gained on



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**          

SHOULD NOT BE CHARACTERIZED AS A BANKING PRODUCT OR SERVICE. THE USE OF TERMS SUCH AS "ACCOUNT," "ACCOUNT BALANCE," "WITHDRAW" AND SIMILAR LANGUAGE IN CONNECTION WITH THE EARN SERVICE AND THE BORROW SERVICE (SEE FURTHER SECTIONS 4(D) AND 4(E) BELOW, RESPECTIVELY) DOES NOT IMPLY OR ESTABLISH, AND SHALL NOT BE TAKEN TO SUGGEST, ANY FORM OF CUSTODY RELATIONSHIP, AND SUCH LANGUAGE IS USED HEREIN AS TERMS OF CONVENIENCE ONLY IN REFERRING TO USERS' BORROWING OR LENDING OF DIGITAL ASSETS TO OR FROM CELSIUS AS PART OF THE EARN SERVICE AND BORROW SERVICE, AND CELSIUS' OBLIGATION TO TRANSFER DIGITAL ASSETS TO USERS UPON THE TERMINATION OF SUCH LOANS OR REPAYMENT OF SUCH BORROWING IN CONNECTION WITH THESE SERVICES.

"**Affiliate**" means an entity that owns or controls, is owned or controlled by, or is or under common control or ownership with a party, where control is defined as the direct or indirect power to direct or cause the direction of the management and policies of such party, whether through ownership of voting securities, by contract, or otherwise.

"**AML**" stands for Anti-Money Laundering, which means a set of procedures, laws, and regulations that



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Transactions made in Digital Assets are maintained across several computers that are linked in a peer-to-peer network.

**"CEL Token"** means Celsius' native token.

**"Custody Wallet"** means a Virtual Wallet where all Eligible Digital Assets held therein are custodial assets maintained either by us or by a third party institution or other entity selected by Celsius (a **"Third Party Custodian"**).

**"Digital Asset"** means a digital representation of value in which encryption techniques are used to regulate the generation of digital units and verify the transfer of assets, operating independently from a central bank.

**"Eligible Digital Assets"** means the types of Digital Assets we may choose to designate for inclusion under one or more of the Services from time to time, which are subject to change and/or limitation in our sole discretion, based on business, regulatory and/or other considerations.

**"Fiat,"** when used in reference to money or currency, means the coin and paper money of a country that is designated as legal tender, circulates, and is



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**                                                              

which means the process of a business verifying the identity of its customers or clients and assessing potential risks of illegal intentions for the business relationship.

**"Pegging"** is the practice of fixing the exchange rate of one currency to the value of another currency or asset.

**"Stablecoin"** means a Digital Asset that is Pegged to a Fiat currency.

**"Virtual Wallet"** or **"Virtual Wallet Address"** means an on–Blockchain virtual address in which Digital Assets can be held and transferred.

## 3. Eligibility and Proof of Identity

In order to use the Services you must first register for a Celsius Account.

In order to be eligible to access and use the Services, you must (i) be eighteen (18) years of age or older, (ii) have the legal ability to enter into and be bound by these Terms, (iii) comply with these Terms, and (iv) register for and maintain an active and valid Celsius Account. Celsius is not obligated to accept any



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:45 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



The Services are not available where prohibited by law or by Celsius policy, as updated from time to time; currently, such places include, but are not necessarily limited to, the countries of Iran, North Korea, Sudan, South Sudan, Syria, Cuba, or any other country against which the United States, the United Kingdom or the European Union imposes financial sanctions or embargoes.

Be advised that in some jurisdictions, due to regulatory considerations, Celsius may not provide part or all of the Services, which may include support for some Eligible Digital Assets or the CEL Token.

Due to changing regulatory requirements and interpretations in the Digital Assets markets, Celsius may use its sole and absolute discretion to, among other things, reject specific applications to open Celsius Accounts, prohibit use of part or all of the Services and/or close, freeze or suspend Celsius Accounts, where Celsius, in its sole and absolute discretion, has determined that regulatory or policy reasons prevent Celsius from being able to offer its Services.

Celsius is subject to AML, KYC, and U.S. sanction requirements under the Bank Secrecy Act (**"BSA"**), Uniting and Strengthening America by Providing



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**                                        

under applicable AML and OFAC rules, Celsius is obligated to maintain certain information about you, including User records and transaction history, for five years (seven years for Users residing in the state of New York), or a longer period as may be required under applicable laws. Under certain circumstances, Celsius is required to report to the competent authorities of any unusual transactions, or of any suspicion it may have that any User might be involved in any financial crime or illicit activity.

Celsius is required to comply with applicable AML and KYC requirements before and after you register for a Celsius Account. When you register for a Celsius Account, we will ask for documentation and information, including but not limited to copies of your government-issued identification document (e.g. Passport, driver's license). For corporate Celsius Accounts, we may require identification information related to the directors, officers, authorized representatives, or equity owners of the business. We may also gather and use information about you from third parties, to help us confirm your identity, perform our AML/KYC checks and/or determine your access to the Services You represent and warrant at all times that any and all information provided by you to us is true, accurate, and not misleading in any respect. If any such information changes, it is your obligation to



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



## A. Celsius Account

Your Celsius Account allows you to view your balances in connection with the Services provided to you by Celsius and access the Services and conduct certain transactions online. You are solely responsible for the activities under your Celsius Account and for securing your Celsius Account IDs, passwords, hints, or any other codes that you use to access your Celsius Account and the Services. Celsius is not responsible for any loss or compromise of your access information and/or your personal information, or for any loss that you may sustain due to compromise of your access information and/or personal information.

CELSIUS MAY RESTRICT SERVICES IN CERTAIN JURISDICTIONS DUE TO APPLICABLE LAWS, REGULATIONS, AND BUSINESS CONSIDERATIONS, AT ITS SOLE DISCRETION. ANY SERVICES AVAILABLE TO YOU WILL BE THOSE ACCESSIBLE VIA YOUR CELSIUS ACCOUNT. IF YOU RESIDE IN THE UNITED STATES, THE SERVICES AVAILABLE TO YOU MAY DEPEND ON YOUR STATUS AS AN ACCREDITED INVESTOR. CELSIUS MAY REQUEST FROM YOU PROOF OF ACCREDITED INVESTOR STATUS PERIODICALLY OR AT ANY TIME, IN CELSIUS' SOLE DISCRETION. THE FAILURE OF A USER TO TIMELY RESPOND TO SUCH A REQUEST MAY RESULT IN THE



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 

We will not be liable for following any instruction we receive through your Celsius Account, even if it was not authorized by you, or if it was entered by mistake or is otherwise inaccurate. To verify the authenticity of any instruction we receive through your Celsius Account, at our sole discretion we may require your signature or identification in any form we deem necessary, and we may accept digital images and electronic signatures for documents that need to be signed. You agree to reimburse us (and we may charge you or deduct from the balance of your Celsius Account) for all claims, costs, losses, and damages, including reasonable attorneys' fees, that result from our following instructions we receive through your Celsius Account to take any action related to your Celsius Account.

Your Celsius Account is not a bank account, deposit account, savings accounts, checking account, or any other type of asset account and should not be characterized as a banking product or service. All Eligible Digital Asset balances on your Celsius Account represent Digital Assets that are either (1) held in your Custody Wallet by Celsius or a Third Party Custodian, (2) loaned by you to Celsius, or (3) posted to Celsius as collateral and, therefore, owned, held and/or controlled by Celsius (under the applicable Service, as



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Celsius may freeze, suspend or terminate your Celsius Account at any time in its sole discretion, in addition to taking any action and seeking any remedy it may be entitled to in law or in equity, including if Celsius suspects your involvement in any fraudulent activity of any kind or other misuse of the Services, provision by you of inaccurate or misleading information, or your involvement in any money laundering or other financial crime related to you or your Celsius Account.

### B. Custody

Our custody (**"Custody"**) Service allows you to store Eligible Digital Assets in a Custody Wallet accessible through your Celsius Account. **PLEASE NOTE THAT WHEN YOU USE OUR CUSTODY SERVICE TO STORE ELIGIBLE DIGITAL ASSETS YOU WILL NOT RECEIVE A FINANCING FEE, REWARDS OR FINANCIAL COMPENSATION OF ANY KIND ON ELIGIBLE DIGITAL ASSETS SO STORED.**

When you use the Custody Service, you understand and agree that Celsius may act as the custodian or we may use a Third Party Custodian to provide the Custody Service. Celsius will inform, update, and/or obtain your consent in advance, as applicable, in the event that a Third Party Custodian is used to provide the Custody Service to you. Celsius will use



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius



Digital Assets in a Custody Wallet, and perform other duties customarily performed by a custodian. You understand that the Custody Service may be performed by a custodian in a jurisdiction other than where you are domiciled. By using the Custody Service, you authorize Celsius to transfer your Eligible Digital Assets to a Third Party Custodian or Custodians as may be selected by Celsius, and to instruct and cause any such Third Party Custodian to transfer your Eligible Digital Assets to another Third Party Custodian or Custodians as may be selected by Celsius, or to Celsius, in each case without the need for any further notice to or consent from you, and consistent with providing the Custody Services as set forth herein.

Title to any of your Eligible Digital Assets in a Custody Wallet shall at all times remain with you and not transfer to Celsius. Celsius will not transfer, sell, loan or otherwise rehypothecate Eligible Digital Assets held in a Custody Wallet unless specifically instructed by you, except as required by valid court order, competent regulatory agency, government agency or applicable law. As title owner of assets, you bear all risk of loss. Celsius shall have no liability for any Digital Asset price fluctuations or any or all loss of Digital Assets. Notwithstanding the foregoing, Celsius may suspend your access to Services, including the Custody Service and your access to a Custody Wallet, in the event of



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Service to store and secure Eligible Digital Assets in a Custody Wallet. You understand that your use of the Custody Service, whether provided by Celsius or a Third Party Custodian, does not create a fiduciary relationship between you and Celsius or any Third Party Custodian. Neither Celsius nor any Third Party Custodian has any fiduciary duty to you. Celsius has no duty to inquire into, supervise, or determine the suitability of any transaction you initiate involving Eligible Digital Assets in a Custody Wallet. Eligible Digital Assets in a Custody Wallet may be comingled with the Eligible Digital Assets of other Users, and Celsius is under no obligation to return the actual Eligible Digital Assets initially transferred by you to a Custody Wallet, but will return Eligible Digital Assets of the identical type reflected in your Celsius Account at the time you request such a return. Celsius may provide information regarding the Eligible Digital Assets in a Custody Wallet to comply with any applicable law, regulation, rule, or request by law enforcement or government agencies.

Eligible Digital Assets held in a Custody Wallet are subject to the other provisions of these Terms, unless where expressly stated otherwise. Celsius retains the right to set-off any Eligible Digital Assets in a Custody Wallet against any obligations you may have to us. You understand and acknowledge that the legal treatment of Digital Assets remains unsettled and may



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Digital Assets. Celsius does not make any representation as to the likely treatment of Digital Assets in your Celsius Account, including those in a Custody Wallet, in the event that you, Celsius or any Third Party Custodian becomes subject to an insolvency proceeding whether in the U.S. or in any other jurisdiction. You explicitly understand and acknowledge that the treatment of Digital Assets in the event of such an insolvency proceeding is unsettled, not guaranteed, and may result in a number of outcomes that are impossible to predict reliably, including but not limited to you being treated as an unsecured creditor and/or the total loss of any and all Digital Assets reflected in your Celsius Account, including those in a Custody Wallet.

Upon your instruction to Celsius to use one of the other Services detailed in this Section (such as, but not limited to, Swap, CelPay, and Borrow), or otherwise offered by Celsius, where such Services are available to you through your Account, the Eligible Digital Assets being used in such other Service may involve transferring your assets out of a Custody Wallet. Eligible Digital Assets that are transferred out of, or not held in, a Custody Wallet are not subject to the custody functions set forth in this Section.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**                    

### i. Introduction to Swap Service

Our Swap Service, if available to you, allows you to
exchange one type of Eligible Digital Asset for another
type of Eligible Digital Asset in your Celsius Account,
provided that the exchange is of a Digital Asset pair
supported by Celsius (**"Supported Pair"**). Celsius may
choose to add, remove, change, or impose any
additional limits on Supported Pairs from time to time,
in its sole discretion and without providing prior notice.

By using Celsius' Swap Service, you will allow Celsius
to exchange the type and amount of the Digital Asset
in your Celsius Account that you choose to swap (the
**"Swapped Assets"**) into the type of Digital Asset you
choose to receive (the **"New Assets"**). The amount of
New Assets to be received in exchange for the
Swapped Assets is determined by the amount of
Swapped Assets multiplied by the applicable
conversion rate of the relevant Digital Asset pair (the
**"Exchange Rate"**).

### ii. Exchange Rates

Celsius will use reasonable efforts to source the best
rate for a Supported Pair across multiple venues.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



that it is your responsibility to check if a better rate is available on another platform. In line with Celsius' commitment to transparency, the Exchange Rates quoted may include an offset from the prevailing market rate (also known as "spread") to mitigate both Celsius' exposure to price volatility between the time the Exchange Rate is confirmed and the time the transaction is executed. The spread may be set by Celsius and/or third party vendors working with Celsius to complete the Swap transaction.

Exchange Rates available on our platform are moment-in-time specific, and due to the volatility in crypto markets, change constantly and rapidly. An Exchange Rate is only final when you approve the transaction and it has been accepted and confirmed.

### iii. Swap Transactions are Final

All Swap transactions are final and irreversible once approved by you.

You should therefore carefully review the terms of each transaction before you approve it. Celsius will not be liable for any errors in your order. If you believe a transaction was not executed in accordance with your instructions, please contact support@celsius.network.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



### iv. Execution

Each Swap transaction is entered into between you and Celsius (as buyer or seller, as applicable), and Celsius does not act as your broker, agent, or intermediary.

By entering into any Swap transaction, you hereby appoint Celsius or a Third Party Custodian to act as the custodian of the Swapped Assets for the purpose of exchanging those assets, and for the duration necessary to complete the exchange.

During periods of high volume, illiquidity, or volatility in the marketplace for any Digital Asset, the actual market rate at which trade is executed may be different from the prevailing rate indicated at the time of your order or trade. You acknowledge and agree that Celsius is not liable for any such price fluctuations. In the event of periods of high volume, illiquidity, or volatility in the marketplace for any Digital Asset or other market disruption of any kind or Force Majeure event (see further Section 34 below, "Force Majeure"), Celsius may suspend access to the Swap Service and/or prevent you from completing any actions via the Swap Service. Following any such event, you



ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
ocket Number: 6/22/22, 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



V. Representations and Warranties

By using the Swap Service, you represent and warrant to Celsius that:

1. the information provided by you to Celsius, including, but not limited to, regarding your place of residency, is accurate and up-to-date;

2. you are using Celsius' Swap Service solely for your own personal purposes, and not on behalf of any other person or for business purposes;

3. you are aware of, and can withstand, the risks involved in holding, using and trading digital assets, and you have read and understood our Risk Disclosure;

4. you will NOT use borrowed funds for the purpose of using our Swap Service, and particularly you shall NOT use funds borrowed from Celsius for such purpose;

5. you will be solely responsible for all tax reporting and payment obligations which may apply to you as a result of using the Swap Service;

6. your use of the Swap Service shall be at all times in full compliance with all laws and regulations applicable to you, and you shall not use it for any illegal purposes, including, but not



https://celsius.network/terms-of-use

ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
6/22/22, 2:46 PM
ocket Number

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Any breach of these representations and warranties by you shall constitute a breach of these Terms, and may result in, among other legal action, the termination of your Celsius Account.

### D. Earn Rewards

Our Earn Service allows you to earn a financing fee from Celsius, referred to as "Rewards," in the form of Digital Assets (either in-kind, i.e., in the same Digital Asset you transfer, or in CEL Tokens, where permitted) in exchange for entering into open-ended loans of your Eligible Digital Assets to Celsius under the terms hereof. **If our Earn Service is available to you, upon your election, you will lend your Eligible Digital Assets to Celsius and grant Celsius all rights and title to such Digital Assets, for Celsius to use in its sole discretion while using the Earn Service.**

The balance of Eligible Digital Assets loaned by you to Celsius, and any Rewards gained thereon (see further Section 12 below, "How Rewards are Calculated and Earned") are visible via your Celsius Account. Once such Eligible Digital Assets are received by Celsius into your Earn balance, they shall be Celsius' property, in every sense and for all purposes, and you will immediately start accruing Rewards on such Digital Assets in accordance with the terms hereof (unless



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



to repay any loan of Digital Asset already made, each at your expense.

You may terminate any loan to Celsius at any time, and request that Celsius return the borrowed Eligible Digital Assets and deliver any Rewards accrued from the Earn Service, by transferring such Eligible Digital Assets and Rewards to your external Virtual Wallet (in accordance with Section 11 below, "Withdrawals") or to the Custody Service, if available.

The Earn Service is not an investment program nor a speculative tool. Rather, you are earning Rewards as a financing fee on the loan of Eligible Digital Assets you have transferred to Celsius in connection with the Earn Service, and in accordance with the rates published by Celsius from time to time, pursuant to these Terms.

AS FURTHER EXPLAINED IN SECTION 1 ABOVE, BEGINNING APRIL 15, 2022, THE EARN SERVICE WILL NOT BE AVAILABLE FOR ANY DIGITAL ASSET TRANSFERRED TO CELSIUS OR USED IN A SERVICE OTHER THAN THE EARN SERVICE AFTER THAT DATE BY A NON-ACCREDITED U.S. USER. ANY ELIGIBLE DIGITAL ASSET LOANED TO CELSIUS THROUGH THE EARN SERVICE PRIOR TO APRIL 15, 2022, INCLUDING SUCH ELIGIBLE DIGITAL ASSETS OF NON-ACCREDITED U.S.



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



BORROW SERVICE, OR VOLUNTARILY MOVED TO THE
CUSTODY SERVICE) OR OTHERWISE WITHDRAWN FROM
THE APPLICABLE USER'S CELSIUS ACCOUNT. THE EARN
SERVICE WILL REMAIN FULLY AVAILABLE TO
ACCREDITED U.S. USERS OR USERS RESIDING OUTSIDE
THE UNITED STATES.

### E. Borrow

You may apply to borrow certain Fiat currencies or
Stablecoins from an Affiliate of Celsius, as will be
agreed between you and Celsius or its Affiliates in
writing, against Eligible Digital Assets in your Celsius
Account (each, a **"Loan"**). If approved, such
application shall be subject to a separate agreement
to be entered into between you and the Celsius
Affiliate (the **"Loan Agreement"**), and Celsius or its
Affiliates shall hold the Digital Assets provided as
collateral under the Loan Agreement for the benefit of
the Lender subject to the terms hereof, including
without limitation Sections 9, 10 and 13.

In no circumstances shall it be permissible for you to
use the proceeds of such Loans to purchase
additional Digital Assets through any third party fiat
"on-ramp" service providers that may be integrated in
or connected with the Celsius platform from time to



e Filed 6/22/2022 11:52 PM
erior Court - Worcester
6/22/22 2:46 PM
ket Number

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius 

Loans shall be in full compliance with all applicable laws and regulations, these Terms, and the applicable Loan Agreement, and you shall be solely responsible and liable for any breach of any of the foregoing.

Any Eligible Digital Assets you provide as collateral under a Loan Agreement shall not be eligible for another Service provided by Celsius at the same time, including the Earn Service, as set out above, and by entering into any Loan Agreement you explicitly authorize Celsius to deduct the amount of Eligible Digital Assets corresponding to the collateral amount from the applicable Service in your Celsius Account.

Celsius may in its sole discretion offer other forms of commercial arrangement under the Borrow Service, such as a sale and repurchase arrangement, based on its regulatory, business, or other considerations.

### F. CelPay

CelPay is Celsius' proprietary Digital Asset tool for Celsius Users, which allows you to transfer ownership or assign your rights with Celsius, as applicable, in connection with selected Eligible Digital Assets to other registered Celsius Users (see further Section 15 below, "CelPay").



te Filed 6/22/2022 11:52 PM
perior Court - Worcester
cket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Account of such other User. Conversely, by accepting any CelPay transaction from another User you agree that the amounts of Eligible Digital Asset sent to you shall be added to the balance of your Celsius Account.

# 5. Celsius Account Types

## A. Individual Celsius Account

This Celsius Account is owned by only one natural person who is and will continue to be the only person authorized to take any action in the Celsius Account. By opening an Individual Celsius Account, you represent and warrant that you are and shall at all times continue to be the sole beneficial owner of the Celsius Account and user of all Services facilitated or generated therefrom.

## B. Corporate Celsius Account

This Celsius Account is owned by a corporation, unincorporated association, a company, a partnership, fiduciary, sole proprietorship, or other legally recognized group (interchangeably defined as an **"Entity"**) holding a Celsius Account in any capacity



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Such Authorized Representative represents and agrees, on behalf of the Entity, as well as on his or her own behalf, that he or she:

1. is fully authorized to execute all documents or otherwise complete our requirements in his or her stated capacity;
2. has provided us all documents or other information necessary to demonstrate that authority; and
3. will provide other documents and complete other requirements as we may request from time to time.

We may refuse to recognize any such authorization if, in our reasonable judgment, it appears to be incomplete or improperly executed.

By opening a Corporate Celsius Account, the Authorized Representative represents and warrants on behalf of the Entity that the Entity is and shall at all times continue to be the sole beneficial owner of the Celsius Account and user of all Services facilitated or generated therefrom and that the ultimate beneficial owners of all assets and assets belonging to the Entity are as represented during the establishment of the Corporate Celsius Account. The Entity registered as



ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
ocket Number
6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



and/or Authorized Representative(s), including any appointment or termination of the same, change of control in the Entity or change in the registration details of the Entity, and such persons shall be jointly and severally liable to Celsius for any breach of these Terms in connection with the Corporate Celsius Account.

## C. Maximum Number of Accounts

Each User is authorized to have a maximum of **one** Individual Celsius Account and **one** Corporate Account (such as in the case of a sole proprietorship) at any given time. Requests for additional accounts must be sent via email to app@celsius.network. Celsius may deny a request for an additional account in its sole discretion and for any reason. Celsius may merge, freeze, suspend, or terminate any Account(s) in its sole discretion and for any reason, including to the extent Celsius reasonably believes any such Account(s) to be in breach of this policy.

## 6. Authorized Users

For both Individual and Corporate Celsius Accounts, we may follow any instructions regarding your Celsius Accounts provided that we reasonably believe such



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



## 7. Account Balance

Your Celsius Account balance visible through the platform shall indicate, the balance of Eligible Digital Assets attributed to each Service, to the extent applicable and available. You can transfer additional Eligible Digital Assets to Celsius by transferring the same to the Virtual Wallet Address(es) provided in your Celsius Account (or as otherwise notified by us to you). Any Eligible Digital Asset received will be treated by us as being transferred to your Celsius Account beginning on the date and at the time stamped on the Blockchain confirmation.

If Celsius chooses to designate "wrapped" Digital Assets (i.e., Digital Assets Pegged to the value of the corresponding Digital Asset on its "native" Blockchain) for inclusion under one or more of the Services, any such Eligible Digital Assets that you transfer to Celsius may be repaid to you in, and reflected in your Celsius Account balance as, the corresponding native Eligible Digital Asset. In the event Celsius incurs any loss or damage as a result of the Digital Assets that you transfer to Celsius being wrapped, such as, but not limited to, from the wrapped Digital Asset becoming De-Pegged from the value of the native Digital Asset,



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius



Digital Assets are Supported Digital Assets prior to transferring them to your Celsius Account.

**It is your sole responsibility to make sure that Digital Assets you wish to transfer to Celsius are Eligible Digital Assets, and that your transfer of Eligible Digital Assets on the Blockchain is directed over the correct Blockchain and to the correct Virtual Wallet Address as provided to you by Celsius (which may differ from time to time and between different Digital Assets).**

**If you do not carefully follow these instructions, your Digital Assets may be irrevocably lost, and Celsius may not be able to assist you in retrieving them. Celsius will not be liable to you for any such loss and shall not be under any obligation to retrieve such Digital Assets.**

## 8. Ownership of Digital Assets

You hereby represent and warrant to us that any Eligible Digital Asset transferred by you for the purpose of utilizing Celsius' Services is owned by you or that you are fully permitted to carry out transactions using such Eligible Digital Assets without restriction or limitation, and that your use of the Services is solely for your own account and benefit, and not on behalf



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



# 9. Setoff and Security Interest Rights

You grant us a security interest in any and all Eligible Digital Assets using the Earn Service for debts, amounts owed, or liabilities incurred to us or any of our Affiliates by you or any of your Authorized Representatives, if any ("**Obligations**"). Obligations may include both secured and unsecured debts, and Obligations you owe individually or together with someone else, including Obligations under other transactions or agreements between you and us or any of our Affiliates.

We also may take or set off from any Digital Asset in your Celsius Account, including any of your Digital Assets using the Custody Service (i.e., in a Custody Wallet), or deduct from any obligations Celsius may have to you, any direct, indirect, and acquired Obligations that you owe us or our Affiliates. These rights are in addition to other rights we may have to take, transfer, or charge from any assets or balance in your Celsius Account for Obligations you owe us or our Affiliates pursuant to these Terms.

Your acceptance of these Terms serves as your consent to Celsius' asserting its security interest or exercising its right of setoff should any laws governing



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**                                   

that you may do so by contract, and you authorize us to take any actions to offset your Obligations in your Celsius Account being used in the Earn Service.

We hereby agree that, to the extent permitted by applicable law, in the event that Celsius breaches its obligation under these Terms, you may set off assets or amounts we owe you with respect to your Celsius Account, against your Obligations. If the law restricts your ability to take, transfer, or setoff our obligations to you, or if they are protected from attachment, levy, or legal process, we waive those conditions and limits to the full extent that we may do so by contract, and we authorize you to apply our obligations to you to your Obligations.

## 10. Risk Disclosure

Before using any of Celsius' Services, you should ensure that you fully understand and can afford to undertake the risks involved. You should carefully read and make sure you understand our Risk Disclosure page, which lists some, but not all of the risks involved in holding, trading and using crypto assets generally, and using Celsius' services specifically. The risks listed below and in our Risk Disclosure page are intended to



ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
ocket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



nor create a fiduciary relationship between us and you; your Celsius Account is not a checking or savings account, and it is not covered by insurance against losses. Celsius has no duty to inquire into, supervise, or determine the suitability of any transaction you initiate involving Eligible Digital Assets in your Celsius Account. We may lend, sell, pledge, hypothecate, assign, invest, use, commingle or otherwise dispose of assets and Eligible Digital Assets that are not held in a Custody Wallet (if available to you) to counterparties or hold the Eligible Digital Assets with counterparties, and we will use our best commercial and operational efforts to prevent losses. By transferring Digital Assets to Celsius, or lending Eligible Digital Assets to Celsius while using the Earn Service, or otherwise using the Services, you will not be entitled to any profits or income Celsius may generate from any subsequent use of any Digital Assets (or otherwise), nor will you be exposed to any losses which Celsius may suffer as a result thereof. You agree and acknowledge that you are exposed to the possibility that Celsius may become unable to repay its obligations to you in part or in full, in which case any Digital Assets in your Celsius Account that are not using the Custody Service may be at risk of partial or total loss.

**ELIGIBLE DIGITAL ASSETS ARE NOT LEGAL TENDER. CELSIUS IS NOT A BANK OR DEPOSITORY INSTITUTION, AND YOUR CELSIUS ACCOUNT IS NOT A DEPOSIT**



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC)), AND ARE NOT COVERED BY ANY COMPENSATION SCHEME. YOUR CELSIUS ACCOUNT DOES NOT CONSTITUTE AN INVESTMENT CONTRACT OR A SECURITY, IS NOT TRANSFERABLE AND MAY NOT BE TRADED, EXCHANGED OR SOLD TO ANY THIRD PARTY UNDER ANY CIRCUMSTANCES.

Celsius does not provide any legal, tax or financial advice and you are strongly advised to obtain independent legal, tax or financial advice prior to making any financial decision, including buying, trading, holding, or using Digital Assets. There are significant risks associated with Digital Assets, and you are solely responsible to make sure you understand such risks and assess whether such risks are appropriate for you. Celsius does not make any offers, recommendations, or invitations for you to deal in Digital Assets or use any Services, and does not take into account your personal circumstances, financial situation, needs or goals. Before making any financial decision, you should carefully assess your financial situation and capacity, and only use funds that you can afford to lose. Before entering into any transaction or using any of the Services you should ensure that you understand and have made an independent assessment of the suitability and appropriateness of a transaction into which you are



https://celsius.network/terms-of-use

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 4/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the use, transfer, exchange, and value of Digital Assets. Transactions in Digital Assets may be irreversible, and, accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

The value of Digital Assets may be derived from the continued willingness of market participants to exchange Digital Assets for Fiat currencies or other Digital Assets. If such willingness is abolished for any reason, this may result in the potential for a permanent and total loss of value of a particular Digital Asset.

The volatility and unpredictability of the price of Digital Assets may result in significant loss over a short period of time. The nature of Digital Assets may lead to an increased risk of fraud or cyber-attack, including rollback attacks or Blockchain reorganizations. The nature of Digital Assets means that any technological difficulties experienced by Celsius or third parties may limit, delay or prevent the access or use of Digital Assets and/or cause losses of Digital Assets. Although Celsius takes precautionary measures to protect

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



involved in using the Services and holding or trading in Digital Assets, and do not constitute an exhaustive list of such risks, you should carefully consider whether holding or trading Digital Assets in general and/or using our Services is suitable for you in light of your financial condition.

## 11. Withdrawals

Subject to these Terms, for any of your Eligible Digital Assets that you elect to utilize in the Earn Service (if available to you), you have a call option on all loans made to Celsius to demand immediate, complete or partial repayment of any loan at any time through (i) transfer to a Custody Wallet, if available to you, or (ii) a complete or partial withdrawal of Eligible Digital Assets at any time. Such repayment will terminate in whole or in part your loan to Celsius and you shall no longer accrue Rewards on the amount of loans as of the time of your exercise of the call option. Celsius initiates the withdrawal process immediately following a withdrawal request when possible; however, we may require up to three (3) days after you submit your withdrawal request to process the withdrawal.

For every withdrawal request, you will be required to provide the details of the Virtual Wallet to which you wish to receive your repayment of Digital Assets. For



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



misleading, your Digital Assets may be permanently lost. We will not be liable for any loss that results from inaccurate, incomplete, or misleading details that you may provide for such transfer. If the transfer address you specify is one to which we are unable to process transfers, we will have no liability for any resulting failure or delay in processing your requested withdrawal.

Celsius and our third-party partners may experience cyber-attacks, extreme market conditions, or other operational or technical difficulties which could result in the immediate halt of transactions either temporarily or permanently. Provided that Celsius has taken reasonable commercial and operational measures to prevent such events in technical systems controlled by Celsius, Celsius is not and will not be responsible or liable for any loss or damage of any sort incurred by you as a result of such cyber-attacks, operational or technical difficulties or suspensions of transactions. Withdrawal limits based on amounts and/or frequency may apply from time to time, based on legal, regulatory, AML and/or security considerations. Our policies and procedures may require additional security and/or compliance checks that require additional time to complete. Any individual request to exceed withdrawal limits set by



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



until accepted by us. We may refuse to accept such request, or delay the processing of an approved request for any reasonable reason, including but not limited to inaccurate or misleading information provided by you, or any doubt or suspicion of fraud, misrepresentation, a sanctioned transaction, money laundering, terrorism financing or other financial crime related to your Celsius Account.

## 12. How Rewards Are Calculated and Earned

All Eligible Digital Assets that you elect to utilize in the Earn Service (if available to you) and thus are loaned to Celsius (1) are not being used as collateral for Loans, (2) have not had all rights in connection with them assigned to another Celsius user using CelPay, and (3) were not requested for external transmission or withdrawal (Eligible Digital Assets meeting each of these three criteria, **"Loaned Digital Assets"**) entitle you to Rewards while credited to your Celsius Account.

We periodically update our rates and the rate changes are made in our sole discretion. Rewards will be payable in arrears and added to the principal loaned by you to Celsius, as part of the Earn Service, and reflected in your Celsius Account balance weekly.

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**     

**particular Digital Asset, a type of Digital Assets, or otherwise.**

Rewards are payable based on a daily periodic rate applicable to the Loaned Digital Assets. The daily periodic rate is calculated by dividing the then-applicable annual reward rate by three hundred sixty-four (364) days; then it is further divided down to the hour, minute, and second of that day. Loaned Digital Assets, including those received as Rewards from previous weeks, will begin gaining Rewards according to the hour, minute, and second on the timestamp verifying the completion of the applicable transaction and shall cease and/or decrease the amount paid as Rewards at the moment when the User has entered an external transmission, withdrawal or transfer of rights (via CelPay) request, or posted any Loaned Digital Assets as collateral for a Loan. Therefore, any Loaned Digital Asset that you elect to utilize in the Earn Service (if available to you) mid-week will receive Rewards with no distinction, based on the rates calculated for the relative time within the allocation period.

We will reflect the Rewards earned for the previous week on or around the first business day of each week, through our platform. Your Celsius Account must be active on the date the Rewards are payable for



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



CEL. Once Rewards are added to your Celsius Account balance, they shall be treated as an integral part of your Eligible Digital Assets, you shall be deemed to have elected to utilize in the Earn Service (if available to you), including with respect to such Rewards, which shall thus be loaned to Celsius, for all purposes. To make such in-kind Reward payments as accurate as possible, Celsius rounds non-integer, rational numbers to the sub-cent, which is the smallest possible decimal available for the applicable Eligible Digital Asset.

For users who are citizens or legal residents of the United States, Celsius requires your Taxpayer ID (TIN) or Social Security Number (SSN) to be updated in your Celsius Account in order to gain Rewards. Celsius is not obligated to reflect credits in your Celsius Account retroactively with Rewards that would have been gained if you had otherwise updated your profile with your TIN or SSN.

If Celsius has determined, in its sole and absolute discretion, that for any regulatory or legal reason we are limited in the Rewards rate we may offer you on your Eligible Digital Assets loaned to Celsius (or if we are completely restricted from paying any Rewards to you whatsoever), the Rewards to which you shall be entitled will be limited accordingly. Based on our reasonable interpretation of legal requirements,



ate Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number: 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Account is suspended or frozen by Celsius, Loaned Digital Assets connected to such Celsius Account shall not be eligible to earn Rewards.

## 13. Consent to Celsius' Use of Digital Assets

In consideration for the Rewards payable to you on the Eligible Digital Assets using the Earn Service, for us entering into any Loan Agreement, and the use of our Services, you grant Celsius, subject to applicable law and for the duration of the period during which you elect to utilize the Eligible Digital Assets in the Earn Service (if available to you) and thus loan such Eligible Digital Assets to us through your Celsius Account, or as collateral under the Borrow Service (if available to you), all right and title to such Eligible Digital Assets, including ownership rights, and the right, without further notice to you, to hold such Digital Assets in Celsius' own Virtual Wallet or elsewhere, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets, separately or together with other property, with all attendant rights of ownership, and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets in Celsius' full discretion. You



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



ownership,

2. Celsius may receive compensation in connection with lending or otherwise using Digital Assets in its business to which you have no claim or entitlement; and

3. In the event that Celsius becomes bankrupt, enters liquidation or is otherwise unable to repay its obligations, any Eligible Digital Assets used in the Earn Service or as collateral under the Borrow Service may not be recoverable, and you may not have any legal remedies or rights in connection with Celsius' obligations to you other than your rights as a creditor of Celsius under any applicable laws.

## 14. Hard Forks and Airdrops

Any Blockchain may undergo software updates from time to time, which will result in a permanent divergence in the Blockchain (a **"Hard Fork"**). The result is that such Blockchain will split into two separate and distinct Blockchains, and any Digital Asset on that original Blockchain may entitle its holders to a new type of Digital Asset (the **"Forked Asset"**). You agree and understand that the support of any Forked Asset in your Celsius Account is solely at the discretion of Celsius. If we do not make a public announcement confirming our support of a Forked Asset ahead of an



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



payable in the legacy Digital Asset. You agree that
Celsius assumes no responsibility whatsoever with
respect to those Unsupported Assets and you will not
be able to recover the Unsupported Assets from
Celsius. Celsius assumes absolutely no responsibility
whatsoever with respect to Unsupported Assets.

In the event that a Hard Fork achieves the required
consensus, it is possible that we will only support the
Forked Asset and will discontinue our support of the
legacy Digital Asset. In the event of a Hard Fork that
entitles you to a Forked Asset, you are advised to
withdraw the applicable Digital Assets from your
Celsius Account prior to the relevant date for the Hard
Fork. Celsius is not obligated in any way to monitor or
maintain balances of Forked Asset issued to holders of
the applicable Digital Assets upon a Hard Fork, or to
credit you for the value of such Forked Asset. In the
event you wish to receive Forked Asset issued upon a
Hard Fork, you are advised to withdraw the
applicable Digital Asset from your Celsius Account
prior to the relevant date for the Hard Fork. All
determinations regarding Hard Forks shall be made by
Celsius in its sole and absolute discretion and in
accordance with applicable law.

In the event that a Digital Asset network attempts to
or does distribute Digital Assets to Blockchain



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



our support of such new Digital Assets, we will not support such new Digital Assets and such new Digital Assets will be treated as Unsupported Assets. To the extent you wish to receive the new Digital Assets to be delivered via Airdrop, you are advised to withdraw the applicable Digital Assets from your Celsius Account prior to the relevant date for the Airdrop. You further agree and understand that Digital Assets delivered via Airdrop do not create or represent any relationship between us and the sender and/or the related Digital Asset network and do not subject us to any obligations whatsoever as they relate to the sender and/or the related Digital Asset network.

All determinations regarding the Forked Assets and/or Digital Assets delivered via Airdrop will be made by Celsius in its sole and absolute discretion and in accordance with applicable law.

## 15. CelPay

CelPay is Celsius' proprietary Digital Asset tool for Celsius Users, which allows you to transfer ownership or assign your rights with Celsius, as applicable, in connection with selected Eligible Digital Assets to other registered Celsius Users.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



assigning your rights in, the Eligible Digital Assets you select when using CelPay, and that such transfers of ownership or assignment of rights may not be recorded on any Blockchain, but rather on Celsius' ledger;

2. by making any CelPay transaction, you are authorizing Celsius to deduct the corresponding amount of Eligible Digital Assets from your Celsius Account balance, and to transfer or credit such amount to the balance of the receiving User's Celsius Account;

3. Celsius is not responsible, and will not interfere in any way in, any dispute between you and the User involved in the CelPay transaction;

4. if you initiate a CelPay transaction to an unintended or incorrect User, you may irrevocably lose your rights in connection with the said Eligible Digital Assets, and it is your sole responsibility to make sure you provide the correct details when initiating a CelPay transaction;

5. the completion of a CelPay transaction may not be immediate, and it may take some time before such transaction is processed and the relevant Celsius Account balances are updated;

6. use of the CelPay feature is subject to limitations on amounts transacted, as



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 

represent to Celsius that you are familiar with the person to whom the transaction is made, and that such transaction is not made for any illicit or illegal purpose. You acknowledge that Celsius would hold you responsible for any damages it may incur by any unlawful use of the CelPay feature; and

9. Celsius shall not be a party to, and shall not be obligated to take an active part in the resolution of, any dispute between a transferor or transferee when using CelPay.

Celsius does not accept any liability for CelPay transactions or attempted transactions that would violate any law or regulation, including without limitation, KYC requirements, embargoed or restricted persons or locations, prohibitions against money laundering and/or anti-bribery laws, and structured transactions or tax evasion, the responsibility for which shall lie solely with the participating User(s). Celsius may refuse to perform, block, or otherwise void any CelPay transaction that Celsius reasonably believes could violate any law or regulation.

## 16. Taxes



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

**Celsius**



apply to your use of the Services, and to collect, report, and remit the correct tax to the appropriate tax authority. We may deduct or make any tax withholdings or filings that we are required by law to make, but we are not responsible for determining whether and which taxes apply to your transaction, or for collecting, reporting, or remitting any taxes arising from any transaction or in connection with your Celsius Account. You are responsible for complying with applicable law. You agree that Celsius is not responsible for determining whether or which laws may apply to your transactions, including tax law. You are solely responsible for reporting and paying any taxes arising from your use of the Services.

## 17. Service Activity Statements

We will make all logs and records of activities concerning your use of the Services available to you through our platform only. We do not generate periodic statements showing the activity conducted through your use of the Services. You must examine these logs and records and notify us of any unauthorized use of your Celsius Account or credentials, or any error or irregularity with respect to the records of your use of the Services, within fourteen (14) calendar days after the error occurs. If notice is not received within the fourteen (14) calendar-day



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius



Any conversion between a Digital Asset and another Digital Asset or Fiat currency shall be made by us in accordance with the rates and prices applicable at the actual time of conversion. Applicable rates are indexed to those used by industry-leading platforms, as we may choose to use from time to time, in our sole discretion. We currently use rates provided by CMC Markets, Coinpaprika, and our own rates as determined by our liquidity providers. We may change these rate sources at any time and without giving notice or updating these Terms, and you shall not have any claims regarding our choice of rate sources or rates used by Celsius or made available by any third party.

## 19. Closing a Celsius Account

### A. Celsius' Right to Celsius Account Closure

We have the right to suspend, freeze or close your Celsius Account at any time for any reason without advance notice, including by blocking your access to the Celsius Account or the Services. If your Celsius Account has a balance when we close it, we will repay and return the remaining Digital Assets to you, including accrued Rewards earned (if applicable) until



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



returns to you will be sent to the designated withdrawal addresses in your user profile on the Celsius platform for each respective Digital Asset you hold. Celsius Accounts are not transferable or assignable in whole or in part. Celsius may be required by law to turn over any Digital Assets related to abandoned or unclaimed Celsius Accounts to the state of your last known residence (**"Escheatment"**). Escheatment periods vary by jurisdiction, and you are responsible to determine the applicability of such laws in your place of residence. Celsius reserves the right to recover any administrative charges, payments, or fees which it may incur in connection with such unclaimed or abandoned Celsius Accounts, as permitted by applicable law.

## B. Your Right to Close Your Celsius Account

If you want to terminate your Celsius Account with Celsius, you may do so by notifying Celsius at support@celsius.network. Once your Celsius Account is closed, you agree: (a) to continue to be bound by these Terms, as required by Section 35 below (Survival) (b) to immediately stop using the Services, (c) that we reserve the right (but have no obligation) to delete all of your information and Celsius Account data stored on our servers, and (d) that we shall not be liable to you or any third party for termination of



Filed 6/22/2022 11:52 PM
erior Court - Worcester
6/22/22 - 2:46 PM
cet Number

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



or investing in Celsius or its Affiliates) will not be affected in any way by the termination of these Terms and any such other agreement between you and Celsius will continue to be in effect in accordance with its terms.

## 20. Liability for Unauthorized Transfers from Your Celsius Account

If you believe that your Celsius Account has been used by an unauthorized party, or if your Service Activity Statements reflect activity or transactions that you did not conduct or authorize, you must notify us IMMEDIATELY via email to security@celsius.network. **YOU ARE SOLELY RESPONSIBLE FOR MAINTAINING THE SECURITY AND CONFIDENTIALITY OF YOUR LOGIN DATA, AND YOU ACCEPT ALL RISKS OF UNAUTHORIZED ACCESS AND USE OF YOUR CELSIUS ACCOUNT.**

## 21. Eligible Digital Assets

We may, from time to time and in our sole discretion, add and/or remove certain Digital Assets from our list of Eligible Digital Assets. If a Digital Asset is removed, it will no longer be available to be used in connection with our Services. We will seek in good faith to notify



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



and without prior notice. In the event any Digital Asset ceases to be an Eligible Digital Asset, you will no longer be entitled to receive any Rewards in connection with our Earn Service (if available to you), or otherwise make any other use of it via our Services. We may choose to disallow the use of any Eligible Digital Asset for certain Services, or treat any Digital Asset as an Eligible Digital Asset for certain Users or groups of Users for certain Services, in our sole discretion. We may, from time to time, provide certain Services in connection with certain Eligible Digital Assets by different entities within the Celsius group, and any change in and/or assignment by the contracting entity shall not be considered an amendment of these Terms.

## 22. Disclosure of Celsius Account Information

We may disclose information to third parties about you, your Celsius Account, or the transactions you make:

1. where it is necessary for the provision of our Services under these Terms;
2. in order to verify the existence and condition of your Celsius Account for a third party, such as



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



5. In order to comply with any request or order by any government agency or competent court; or

6. As described in our Privacy Policy (https://celsius.network/privacy-policy/)

# 23. Conflict/Disputes Involving Your Celsius Account

We are not liable to you for errors that may result in a financial loss to you. We may take any action that is authorized or permitted by these Terms or applicable laws without liability to you, even if such action causes you to incur fees, expenses or damages. If third parties make claims on your Celsius Account, or if we receive conflicting instructions from you, or if we become involved in or concerned about a dispute between you and any third party, we reserve the right to react in ways that we believe in good faith to be appropriate, including by closing, suspending or freezing your Celsius Account, delivering the Digital Assets available therein to you or to any third party, or interpleading assets to court, all as we reasonably deem appropriate under the circumstances. You are liable for all expenses and fees we incur for such conflicts or disputes, including internal costs and

Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius** 

as a result of an error in the initiation of any transaction and have no obligation to assist in the remediation of such transactions. By initiating any transfer or using Celsius' Services in any way, you attest that you are transacting in an Eligible Digital Asset which conforms to the particular Virtual Wallet into which assets are directed. For example, if you select an Ethereum Virtual Wallet Address to receive assets, you shall be solely responsible to assure that you are initiating a transfer of Ethereum alone, and not any other currency such as Bitcoin or Ethereum Classic. Celsius incurs no obligation whatsoever with regard to non- Eligible Digital Assets sent to Celsius, or for Eligible Digital Assets sent to an incompatible Virtual Wallet Address. Erroneously transmitted assets will be lost. We recommend users send a small amount of Digital Asset as a test prior to initiating a transfer of a significant amount of Digital Assets.

**We reserve the right to limit access to your Celsius Account, which can include temporarily or permanently removing your Celsius Account access via the internet, and/or restricting your Celsius Account, and/or closing your Celsius Account without prior notice to you (unless prior notice is required by law), and we shall have no liability for such actions. In addition, Celsius reserves the right to withhold or delay the transmission of assets to you if you fail to comply with these Terms. Our total aggregate liability**



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



## 24. Legal Process Affecting Celsius Account

If any legal action, such as an attachment, garnishment, levy, seizure, third party claim or enforcement action by any competent authority in any jurisdiction (**"Legal Process"**) is brought against or in connection with your Celsius Account, we may refuse to permit (or may limit) withdrawals or transfers from your Celsius Account until the Legal Process is satisfied or dismissed. Regardless of the terms of such Legal Process, we have first claim to any and all assets in your Celsius Account. We will not contest any Legal Process on your behalf, and we may take actions to comply with Legal Process without liability to you, provided that we reasonably believe any such action is appropriate under the circumstances. If we incur any expenses in connection with any Legal Process, including without limitation reasonable attorneys' fees, we may charge such expenses and fees to any of your Celsius Accounts without prior notice to you, or we may bill you directly for such expenses and fees. Any garnishment or levy against your Celsius Account is subject to our right of setoff and security interest.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



You agree to indemnify and hold harmless Celsius and its Affiliates, and their respective employees, managers, officers, directors, partners and shareholders from any losses, damages, suits and expenses, of whatever kind, including reasonable legal fees, that we incur in connection with or arising out of your access to or use of the Services, or our activities in connection with such Services, and for your breach of these Terms or violation of any law, regulation, order or other legal mandate, or the rights of a third party, or any act or omission by you or any person acting on your behalf while using your Celsius Account, regardless of whether the specific use was expressly authorized by you. You agree to comply with all applicable laws, regulations, or rules, and to not use your Celsius Account or the Services for any transaction or activity that is illegal or violates applicable laws, regulations or rules. Please note, your agreement to comply includes any and all applicable laws and regulations of the United States, as well as of your place of residency, citizenship, business, locality and any law applicable to you.

We are not liable to you for claims, costs, losses or damages caused by an event that is beyond our reasonable control (e.g. the acts or omissions of third parties, natural disaster, emergency conditions, government action, equipment or communications



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



assets of Celsius. Without limiting the generality of the foregoing, in no event shall you have any recourse, whether by setoff or otherwise, with respect to our obligations, to or against any assets of any person or entity other than Celsius, including, without limitation, any member, shareholder, Affiliate, investor, employee, officer, director, agent or advisor of Celsius. For the avoidance of doubt, the foregoing shall not limit any setoff permitted by applicable law and Section 9 of these Terms.

## 26. Disclaimer of Warranty

THE CELSIUS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY WARRANTY UNDER THESE TERMS AND TO THE EXTENT ALLOWED BY APPLICABLE LAW ALL EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS, AND WARRANTIES INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, OR ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE, OR WARRANTY OF NON-INFRINGEMENT ARE DISCLAIMED. IN NO EVENT SHALL CELSIUS, ITS AFFILIATES AND SERVICE PROVIDERS, OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES OR REPRESENTATIVES, BE LIABLE (A) FOR ANY AMOUNT



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH AUTHORIZED OR UNAUTHORIZED USE OF THE CELSIUS SERVICES OR THE CELSIUS ACCOUNT, OR THESE TERMS, EVEN IF AN AUTHORIZED REPRESENTATIVE OF CELSIUS HAS BEEN ADVISED OF OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES.

CELSIUS MAKES NO REPRESENTATIONS ABOUT THE ACCURACY, ORDER, TIMELINESS OR COMPLETENESS OF HISTORICAL OR CURRENT ELIGIBLE DIGITAL ASSETS PRICE DATA AVAILABLE THROUGH THE CELSIUS SERVICES. CELSIUS WILL MAKE REASONABLE EFFORTS TO ENSURE THAT REQUESTS FOR TRANSACTIONS ARE PROCESSED IN A TIMELY MANNER BUT CELSIUS MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE AMOUNT OF TIME NEEDED TO COMPLETE PROCESSING (WHICH IS DEPENDENT UPON MANY FACTORS, INCLUDING THOSE OUTSIDE OF OUR CONTROL), AND CELSIUS SHALL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES WHICH YOU MAY INCUR AS A RESULT OF ANY DELAY IN THE PROVISION OF THE SERVICES.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



A. Disputes. The terms of this Section shall apply to all Disputes between you and Celsius. For the purposes of this Section, "Dispute" shall mean any dispute, claim, or action between you and Celsius arising under or relating to your Celsius Account, the Celsius platform, these Terms, or any other transaction involving you and Celsius, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis, and shall be interpreted to be given the broadest meaning allowable under law.

B. Binding Arbitration: You and Celsius further agree: (i) to arbitrate all Disputes between the parties pursuant to the provisions in these Terms; (ii) these Terms memorialize a transaction in interstate commerce; (iii) the Federal Arbitration Act (9 U.S.C. § 1, et seq.) governs the interpretation and enforcement of this Section; and (iv) this Section shall survive termination of these Terms. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JUDGE OR JURY IN A COURT PROCEEDING AND YOUR GROUNDS FOR APPEALS ARE LIMITED. The arbitrator may award you the same damages and relief as a court sitting in proper jurisdiction could, and may award declaratory or injunctive relief. In addition, in some instances, the costs of arbitration could exceed the



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



**C. Small Claims Court**. Notwithstanding the foregoing, you may bring an individual action in the small claims court of your state or municipality if the action is within that court's jurisdiction and is pending only in that court.

**D. Dispute Notice**. In the event of a Dispute, you or Celsius must first send to the other party a notice of the Dispute that shall include a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the Dispute, and the relief requested (the **"Dispute Notice"**). The Dispute Notice to Celsius must be addressed to: Celsius Network LLC, 121 River Street, PH05, Hoboken, NJ 07030 USA, with a copy to legal@celsius.network, or to the most recent email or mailing address we have on file or otherwise in our records for you (the **"Celsius Notice Addresses"**). Any Dispute Notice to you shall be delivered by one of the communication channels you have provided Celsius, which may include email or other electronic transmission, and you agree that such a delivery of a Dispute Notice to you shall be sufficient. Should you require to obtain a Dispute Notice by any other communication channel, you must inform Celsius of such a requirement in writing. Following submission and receipt of the Dispute Notice, you and Celsius each agree to act in good faith to seek to resolve the Dispute



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 

pursuant to this section.

E. WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS. YOU AND CELSIUS AGREE THAT EACH PARTY MAY BRING DISPUTES AGAINST THE OTHER PARTY ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, INCLUDING WITHOUT LIMITATION FEDERAL OR STATE CLASS ACTIONS, OR CLASS ARBITRATIONS. ACCORDINGLY, UNDER THE ARBITRATION PROCEDURES OUTLINED IN THIS SECTION, AN ARBITRATOR SHALL NOT COMBINE OR CONSOLIDATE MORE THAN ONE PARTY'S CLAIMS WITHOUT THE WRITTEN CONSENT OF ALL AFFECTED PARTIES TO AN ARBITRATION PROCEEDING. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, YOU AND CELSIUS AGREE THAT NO DISPUTE SHALL PROCEED BY WAY OF CLASS ARBITRATION WITHOUT THE WRITTEN CONSENT OF ALL AFFECTED PARTIES.

F. **Arbitration Procedure**. If a party elects to commence arbitration, the arbitration shall be governed by the rules of the American Arbitration Association ("**AAA**") that are in effect at the time the arbitration is initiated (the "**AAA Rules**"), available at https://www.adr.org/Rules or by calling 1-800-778-7879, and under the rules set forth in these Terms,



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 

Rules and the rules set forth in these Terms, the rules set forth in these Terms shall govern. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to federal, state, or local laws. All Disputes shall be resolved by a single neutral arbitrator, and both parties shall have a reasonable opportunity to participate in the selection of the arbitrator as provided in the AAA Rules. The arbitrator is bound by these Terms. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these Terms, including, but not limited to, any claim that all or any part of these Terms is void or voidable. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. You may choose to engage in arbitration hearings by telephone or by video conference. Hearings in any arbitration commenced by you that are not conducted by telephone or videoconference shall take place in New York, New York, unless there is a location in the continental United States more convenient to you, in which case the arbitration shall take place either in New York, New York, or such other location in the continental United States, at your option.



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



1. Write a Demand for Arbitration. The demand must include a description of the Dispute and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at https://www.adr.org/Forms?practice=all (**"Demand for Arbitration"**).

2. Send one copy of the Demand for Arbitration, plus the appropriate filing fee, to
American Arbitration Association
Case Filing Services
1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
OR
File online using AAA WebFile at
https://www.adr.org
OR
File at any of the AAA's offices.

3. Send one copy of the Demand for Arbitration to the other party at the same address as the Dispute Notice, or as otherwise agreed to by the parties.

Hearing Format. In all hearing formats, the arbitrator shall issue a written decision that explains the essential findings and conclusions on which an award, if any, is based. During the arbitration, the amount of



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



information relevant to the Dispute may be allowed during the arbitration as determined by the Arbitrator in accordance with AAA Rules.

2. Arbitration Fees. With respect to any Dispute where the amount claimed is $20,000 U.S. or less (or the equivalent amount in a different currency, whether fiat or otherwise), Celsius shall pay, or (if applicable) reimburse you for, all fees paid or payable to AAA, including filing, administration, and arbitrator fees ("**Arbitration Fees**") for any arbitration commenced between Celsius and you (and whether initiated by Celsius or by you) pursuant to provisions of these Terms. You are responsible for all costs that you incur in connection with the arbitration other than Arbitration Fees, including without limitation, fees for attorneys or expert witnesses. You must reimburse Celsius any Arbitration Fees if (i) Celsius is the prevailing party in the arbitration or (ii) you withdraw the arbitration.

3. Opt-out . You may elect to opt-out (exclude yourself) from the final, binding individual arbitration procedure and waiver of class and representative proceedings specified in these Terms by sending a written letter to the Celsius Notice Address within thirty (30) days of your initial assent to these Terms (including your first



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



representative proceedings specified in this Section. In the event that you opt-out consistent with the procedure set forth above, all other terms shall continue to apply.

4. Amendments to this Section . Notwithstanding any provision in these Terms to the contrary, you and Celsius agree that if Celsius makes any future amendments to the dispute resolution procedure and class action waiver provisions (other than a change to Celsius' address) in these Terms, Celsius will notify you and you will have thirty (30) days from the date of notice to affirmatively opt-out of any such amendments by sending a written letter to the Celsius Notice Address within thirty (30) days of Celsius' notification that specifies: (i) your name; (ii) your mailing address; and (iii) your request to opt-out of such amendments. If you affirmatively opt-out of any future amendments, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this Section as stated in these current Terms, without any of the proposed amendments governing. If you do not affirmatively opt-out of any future amendments, you will be deemed to have consented to any such future amendments.



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



or representative actions; if the prohibition against class or representative actions is found to be unenforceable, this entire Section shall be null and void. The terms of this Section shall otherwise survive any termination of these Terms.

6. Exclusive Venue for Proceedings in Connection with Arbitration . Celsius and you agree that any proceeding to compel arbitration, confirm an award, or to seek interim or other relief in aid of arbitration, may be filed only in the competent state or federal courts located in New York County, New York.

## 28. Our Ownership of the Services and Celsius' Intellectual Property (IP)

You agree and acknowledge that we own all right, title and interest to and in the Services, the associated software, technology tools and content, the Celsius Network website, any logos, identifying marks, images, illustrations, designs, icons, photographs, videos, text and other written and multimedia materials, the content displayed on the website or platform, and other materials produced by and related to Celsius (collectively, the "Celsius IP"). You acknowledge and agree that no proprietary rights are being transferred



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 2:46 PM

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



employees. You shall not prepare any derivative work based on the Celsius IP, nor shall you translate, reverse engineer, decompile or disassemble the Celsius IP.

## 29. Communications

We may record and monitor our telephone conversations with you and your electronic communications with us (chat, email, and other forms of electronic exchange). Unless the law requires otherwise, you consent in advance to such recording and monitoring and we do not need to remind you of these activities. You must promptly notify us of any change in your contact information, including residential post and email address. Failure to notify us in a timely fashion may result in delay or non-receipt of notices or correspondence.

## 30. Waiver

We may delay the exercise of any rights we have under these Terms, and any such delay shall not result in a waiver, relinquishment or modification of any of our rights. If we delay in any exercise of our rights, or if notwithstanding the foregoing Celsius somehow is deemed to have waived any of our rights, you are still



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
Docket Number 6/22/22 2:46 PM



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

**Celsius**



instance in which we decide to delay or waive the provision and does not affect our other or subsequent rights in any way.

## 31. Changes in Terms

Please be aware that the terms and conditions governing the Services can change over time. We reserve the right to discontinue or make changes to any of the Services. We may change these Terms, and we may add to or delete from these Terms, and the updated version will supersede all prior versions. We will provide notice of changes, additions, and deletions, as required by law. If we have provided advance notice and you do not agree with a change, you may close your Celsius Account(s) and demand repayment of outstanding loans before the effective date of the change, which shall be your sole remedy. The continued maintenance of your Celsius Account following the effective date of any change will constitute your acceptance of such change and subject your Celsius Account to the modified Terms.

## 32. Assignment



Date Filed 6/22/2022 11:52 PM
Superior Court - Worcester
6/22/22 2:46 PM
Docket Number

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



Celsius' express written consent, and any attempted assignment in violation of this prohibition shall be void ab initio and of no effect. Celsius may assign or transfer these Terms and/or any or all of its rights and/or obligations hereunder at any time to any Affiliate of Celsius, with or without providing you with prior notice of the same. Celsius may assign or transfer these Terms and/or any or all of its rights and/or obligations hereunder at any time to any third party by providing prior notice. Any permitted assignment or transfer of or under these Terms shall be binding upon, and inure to the benefit of the successors, executors, heirs, representatives, administrators and permitted assigns of the parties hereto.

## 33. Governing Law and Venue

The relationship between you and Celsius is governed exclusively by the laws of the state of New York, without regard to its conflict of law provisions (other than Sections 5-1401 and 5-1402 of the New York General Obligations Law). Any dispute arising out of, or related to, your Celsius Account or relationship with Celsius must be brought exclusively in the competent courts located in New York, NY and the US District Court located in the Borough of Manhattan; however,



: Filed 6/22/2022 11:52 PM
erior Court - Worcester
X/22/22 2:46 PM
ket Number

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



We will not be liable for delays in processing or other non-performance caused by such events as fires, telecommunications, utility, or power failures, equipment failures, labor strife, riots, war, nonperformance of our vendors or suppliers, acts of God, pandemic or epidemic events, or other causes over which we have no reasonable control.

## 35. Survival

The provisions of Sections 16 (Taxes), 25 (Indemnification), 26 (Disclaimer of Warranty), 27 (Disputes, Binding Individual Arbitration, and Class Actions and Class Arbitrations Waiver), 28 (Our Ownership of the Services and Celsius IP), 30 (Waiver) and 33 (Governing Law and Venue) shall survive the termination of these Terms.

\* \* \* \*

Appendix A

Binance Coin (BNB)

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



WDGLD

## Get Celsius.
## Unbank yourself.

Earn high. Borrow low.
Change the world.
On Web, Android and iOS.



Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 **Celsius**



## Unbank yourself.

Earn high. Borrow low.
Change the world.
On Web, Android and iOS.

Your email address

Sign up today

Follow us

Celsius Network LLC
Celsius Network LLC 121 River Street,
PH05, Hoboken, NJ 07030 USA
US: 1-866-HODL-NOW
1-866-463-5669
Celsius Lending LLC- NMLS ID- 2063747
NMLS Consumer Access

Official Celsius accounts

    

Alex Mashinsky                    Celsius X

           

Blogs

Celsius      Alex Mashinsky Blog      Celsius X

Subscribe to our newsletter

Email Address                    Subscribe

| Individuals | Businesses | Community | About |
|---|---|---|---|
| Earn | Celsius for Business | CEL Token | About Us |
| Borrow | Corporate Onboarding | Proof of Community | Trust |
| Pay | Platform Solutions | Promo Codes | Careers |
| Buy | Developers | Top 500 HODLers | Our Team |

: Filed 6/22/2022 11:52 PM
erior Court - Worcester
6/22/2022 2:46 PM
ketNumber

Buy, Borrow, Swap & Earn Crypto | Celsius, Your Home for Crypto

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius



System Status          Social

Celsius Network LLC      Celsius EU UAB        Celsius Network Limited    (UK Tax Strategy)    Celsius Lending LLC
121 River Street, PH05,   Gedimino pr. 20       The Harley Building, 77-79 New Cavendish Street    121 River Street, PH05,
Hoboken, NJ 07030 USA   Vilnius 01103, Lithuania   London W1W 6XB, United Kingdom              Hoboken, NJ 07030 USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or
governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS)

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any
financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions

Registered as a Money Services Business (MSB) number 31000192265811
with the US Financial Crimes Enforcement Network (FinCEN);

© 2021 Celsius Lending LLC - NMLS ID: 2063747

v22.12.0

Terms of Use        Privacy Policy        Risk Disclosure



ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
6/22/2022 11:09 PM
ocket Number

A Memo to the Celsius Community. We are writing with a very important... | by Celsius | Jun, 2022 | Medium



Open in app      Get started

Celsius   ( Follow )

Jun 12 · 3 min read · ⏵ Listen

⌗⁺ Save      🐦   📘   in   🔗

# A Memo to the Celsius Community



We are writing with a very important message for our community.

Due to extreme market conditions, today we are announcing that Celsius is pausing all withdrawals, Swap, and transfers between accounts. We are taking this action today to put Celsius in a better position to honor, over time, its withdrawal obligations.

Acting in the interest of our community is our top priority. In service of that commitment and to adhere to our risk management framework, we have activated a clause in our Terms of Use that will allow for this process to take place. Celsius has valuable assets and

   

ate Filed 6/22/2022 11:52 PM
uperior Court - Worcester
ocket Number 11:09 PM

A Memo to the Celsius Community. We are writing with a very important... | by Celsius | Jun, 2022 | Medium



Open in app    ( Get started )

Furthermore, customers will continue to accrue rewards during the pause in line with our commitment to our customers.

We understand that this news is difficult, but we believe that our decision to pause withdrawals, Swap, and transfers between accounts is the most responsible action we can take to protect our community. We are working with a singular focus: to protect and preserve assets to meet our obligations to customers. Our ultimate objective is stabilizing liquidity and restoring withdrawals, Swap, and transfers between accounts as quickly as possible. There is a lot of work ahead as we consider various options, this process will take time, and there may be delays.

We thank the incredible Celsius community for your support today. It is our pleasure to serve you. Our operations continue                    e to share information with the community as it becomes available.

600 | 🗨 91

Sincerely,

The Celsius team

Disclaimer:

This communication does not constitute an offer or solicitation to buy any securities, and shall not constitute an offer or sale in any jurisdiction in which such offer or sale would be prohibited. Any offers, solicitations or offers to buy, or any sales of securities will be made in accordance with the registration requirements of the Securities Act of 1933, as amended ("Securities Act").

Earn accounts have not been registered under the Securities Act and may not be offered or sold in the United States, to U.S. persons, for the account or benefit of a U.S. person or in any jurisdiction in which such offer would be prohibited.

This communication contains "forward-looking statements". which involve risks and uncertainties. You should not place undue reliance on forward-looking statements

  

e Filed 6/22/2022 11:52 PM
erior Court - Worcester
ket Number 11:09 PM

A Memo to the Celsius Community. We are writing with a very important... | by Celsius | Jun, 2022 | Medium



Open in app ( Get started )

and challenges in our business and the regulation of digital asset offerings. We do not undertake to update any forward-looking statement as a result of new information or future events or developments.

About   Help   Terms   Privacy

**Get the Medium app**

 

