Date Filed 12/9/2022 2:49 PM
Superior Court - Worcester
Docket Number 2285CV00701

E-FILED

COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.                                         SUPERIOR COURT DEPARTMENT
                                                       CIVIL ACTION NO.  2285CV00701 A

Valentin Komarovskiy,          )
        Plaintiff              )
                               )              FILED
v.                             )
                               )              DEC 0 9 2022
Celsius Network LLC            )
                               )              ATTEST [signature] CLERK
        Defendant              )

MOTION To Amend Complaint

Plaintiff moves this Court to Amend his Complaint. In support hereof the plaintiff state as follows:

1. No responsive pleading has been filed, s this amendment ought to be as of right.

2. Moreover, defendant Celsius has filed for Chapter 11 bankruptcy protection, so this action is stayed as to them, so the plaintiff cannot proceed under Rule 9A.

3. The amendment seeks only to add new individual defendants, who upon information and belief, had not filed bankruptcy, and new counts against them only for tortious interference with contracts and fraud.

4. The only other changes to the complaint are in the Count heading to clarify against which defendants the count is being brought.

Respectfully submitted,

Valentin Komarovskiy

By  his      Attorneys

_/s/ Robert H. Bowen_____
Robert H. Bowen
BowenBowen PC
50 Main Street
Lunenburg, Massachusetts 01462
(978) 582-0050
BBO # 556674

Dated:  __December 9, 2022_____

A true copy by photostatic process
Attest:
Asst. Clerk  E. Thuth

[Handwritten annotations in margins:]
- Notices Mailed 12/12/22
- 12/12/22 Denied without prejudice, for failure to serve by Superior Court proposed new parties, as required by Rule 9A(b)(1)(ii). /s/ [signature]
- (7)