UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALENTIN KOMAROVSKIY,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK LLC, ALEXANDER MASHINSKY, and SHLOMI "DANIEL" LEON,<br><br>Defendants. | C.A. No. 4:23-cv-40067-MRG |

**ASSENTED-TO MOTION TO FURTHER MODIFY BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Alexander Mashinsky[1] hereby provides notice that he and Plaintiff Valentin Komarovskiy have stipulated to the request herein for a short extension of the briefing schedule concerning Mr. Mashinsky's response to the Amended Complaint filed in this action. This assented-to request for an extension to respond to the Amended Complaint follows Mr. Mashinsky's recent indictment.

1. On June 16, 2023, this Court approved the parties' stipulated briefing schedule for Mr. Mashinsky's anticipated motion to dismiss the Amended Complaint (Dkt. No. 5) and set a deadline of July 21, 2023, for Mr. Mashinsky to respond to the Amended Complaint, with Plaintiff's response to any motion to dismiss due by August 25, 2023 (Dkt. No. 6).

2. Thereafter, Mr. Mashinsky was indicted in federal court, in an action titled *United States of America v. Alexander Mashinsky, et al.*, No. 1:23-cr-00347-JGK (S.D.N.Y.). The

---

[1] Alexander Mashinsky reserves all of his rights, including his right to challenge service of process and personal jurisdiction.

indictment was unsealed on July 13, 2023. He pleaded not guilty and was released on bond.

3.     As a consequence of the activity in the criminal action now pending in New York, Mr. Mashinsky seeks a short extension to the deadline to respond to the Amended Complaint.

WHEREFORE, Mr. Mashinsky respectfully requests that this Court extend the current briefing schedule as follows: (1) Defendant Alexander Mashinsky will respond to the Amended Complaint by July 31, 2023, and as he anticipates filing a motion to dismiss, (2) Plaintiff will respond to the anticipated motion to dismiss by September 5, 2023.

Dated:   July 20, 2023                                          Respectfully submitted,

ALEXANDER MASHINSKY,

By his attorneys,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8600
Facsimile: (617) 500-8665
*sriden@beckreed.com*

### CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on July 20, 2023, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

/s/ *Stephen D. Riden*

### L.R. 7.1(a)(2) CERTIFICATE

I certify pursuant to L.R. 7.1(a)(2) that on July 19, 2023, counsel for the parties exchanged emails concerning the relief requested in this Motion and attempted in good faith to resolve or narrow the issues presented by this Motion. Plaintiff's counsel has courteously

3

indicated that Plaintiff stipulates to the briefing schedule requested in this Motion.

/s/ Stephen D. Riden